IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ISSAC DAWSON,

        Plaintiff,                       No. CIV S-12-1198 EFB P

    vs.

COUNTY MAIN JAIL,

        Defendant.                  ORDER

_____/

      Plaintiff is a county prisoner without counsel who, it appears, intends to seek relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. However, the complaint he has filed is not signed, and his affidavit requesting leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1), is incomplete.

      A complaint is necessary for the commencement of a civil action. Fed. R. Civ. P. 3. The complaint must be signed and contain a short and plain statement of plaintiff's claim, showing that he is entitled to relief. Fed. R. Civ. P. 8, 11.

      Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . ,

1

1 obtained from the appropriate official of each prison at which the prisoner is or was confined."
2 Plaintiff has not submitted a certified copy of his trust account statement or the institutional
3 equivalent.  He may comply with this requirement by having prison officials complete the
4 "Certificate" portion of the form application for leave to proceed *in forma pauperis*.

5     Accordingly, it is hereby ORDERED that:

6     1.  The Clerk of the Court shall send to plaintiff the form for filing a civil rights
7 complaint by a prisoner and the form application to proceed in forma pauperis by a prisoner.

8     2. Withing 30 days of the date of this order, plaintiff shall submit the required trust
9 account statement.

10     3.  Within 30 days of the date of this order, plaintiff shall submit a signed complaint
11 stating the nature of the action and his belief that he is entitled to redress.

12     4.  Failure to comply with this order will result in a recommendation that this action be
13 dismissed.

14 Dated:  May 18, 2012.

15     EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE