IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ISAAC DAWSON,

      Plaintiff,                  No. 2:12-cv-1198 EFB P

   vs.

NELSON,

      Defendant.             <u>ORDER</u>

     Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* E.D. Cal. Local Rules, Appx. A, at (k)(4).

     On June 8, 2012, the court found that the complaint stated a cognizable claims against defendant Nelson. The court gave plaintiff 30 days to submit materials for service of process on defendant Nelson and warned plaintiff that failure to comply would result in this action being dismissed.

////

////

////

1

1   The time for acting passed and plaintiff has not submitted the materials necessary to
2   serve process on defendant or otherwise respond to the court's order.[1]
3   Accordingly, this action is dismissed without prejudice.  *See* Fed. R. Civ. P. 41(b); Local
4   Rule 110.
5   DATED:   July 24, 2012.

    EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE

---

[1] Although it appears from the file that plaintiff's copy of the order was returned, plaintiff was properly served.  It is the plaintiff's responsibility to keep the court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

2