1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT
9                        FOR THE EASTERN DISTRICT OF CALIFORNIA
10  ISAAC DAWSON,
11              Plaintiff,                    No. 2:12-cv-1198 EFB P
12       vs.
13  NELSON,
14              Defendant.              ORDER
15  _____/
16       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action under 42
17  U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302 pursuant to 28
18  U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent.  *See* E.D. Cal.
19  Local Rules, Appx. A, at (k)(4).
20       On June 8, 2012, the court found that the complaint stated a cognizable claims against
21  defendant Nelson.  The court gave plaintiff 30 days to submit materials for service of process on
22  defendant Nelson and warned plaintiff that failure to comply would result in this action being
23  dismissed.
24  ////
25  ////
26  ////

1

1 The time for acting passed and plaintiff has not submitted the materials necessary to serve process on defendant or otherwise respond to the court's order.[1]

Accordingly, this action is dismissed without prejudice. *See* Fed. R. Civ. P. 41(b); Local Rule 110.

DATED: July 24, 2012.

                                  EDMUND F. BRENNAN
                                  UNITED STATES MAGISTRATE JUDGE

---

[1] Although it appears from the file that plaintiff's copy of the order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

2